IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALVIN LINTON,

    Petitioner,

v.                                  CASE NO. 4:07-cv-00398-MP-WCS

JAMES MCDONOUGH,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 17, Report and Recommendation of the Magistrate Judge, recommending that the petition under 28 U.S.C. § 2254 be denied. The time for filing objections has passed, and none have been filed. The Court agrees with the Magistrate Judge that the petition, as it challenges the 2002 convictions involving cocaine, is untimely filed. The convictions became final on March 26, 2003, and the instant petition should have been filed by March of 2004. Petitioner's subsequent filings did not toll the time limits. Also, the Court agrees that Petitioner did not reserve his speedy trial claim in the 2003 case and present it on direct appeal, he has procedurally defaulted the claim. Petitioner has not shown cause or prejudice for his default. Therefore, even if Petitioner had presented a federal claim in either of his Rule 3.850 motions, this court cannot reach the merits of the claim. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    The 28 U.S.C. § 2254 petition for writ of habeas corpus filed by Alvin Linton

challenging his convictions for sale of cocaine and possession of cocaine with intent to sell in case number 2002-CF-2238, in the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, is denied as untimely filed. That part of the petition challenging his convictions for criminal use of personal identification information, forgery, uttering, and grand theft in case number 2003-CF- 2820 , also in Leon County, is denied with prejudice.

**DONE AND ORDERED** this  *2nd*  day of April, 2010

      *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge